B. A. Thrasher and L. A. Thrasher, Appellants, vs. David D. Raulett and Albert Tuttle, as executors of the last will and testament of James R. Langdon, deceased, Appellees.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

Evans Haile and B. A. Thrasher, for Appellants.

Hampton & Ammons, for Appellees.

The bill in this cause was filed by the appellees against the appellants James B. Brown and Ella D. Brown his wife, H. F. Dutton as trustee for H. F. Dutton & Company, and Sadie W. Thrasher. There was decree for the complainants, and the defendants B. A. Thrasher and L. A. Thrasher appeal.

Appeal dismissed on praecipe of counsel for appellants and consent of counsel for appellees.